IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

IN RE:                                )
                                      )
CECIL R. PIGG                         ) Case No. 13-61294
REBECCA M. PIGG                       )
                                      )
    DEBTORS                           )

## AMENDMENT TO CHAPTER 13 PLAN

COMES NOW, Debtors, Cecil & Rebecca Pigg, by their attorney, Connie Montgomery and hereby states as follows:

1. Based on the claims filed in their Chapter 13 case, Debtors will lower their Chapter 13 payment from $1755 to $1500 per month with a 100% dividend to the general unsecured creditors.

2. All other provisions of the Chapter 13 plan remain the same.

_____
Cecil R. Pigg

_____
Rebecca M. Pigg

_____
Connie Montgomery, #33054
1546 E. Bradford Pkwy, Ste L108
Springfield, MO 65804
(417) 823-9044
(417) 823-9033 Fax

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the Amendment to Chapter 13 Plan electronically on Richard Fink, Chapter 13 Trustee and mailed same to all creditors this 2nd day of May, 2014.

_____